# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>BRIAN LEE FOSTER, )<br>)<br>Defendant. ) | No.  M-19-552-SM<br><br>Violation:  26 U.S.C. § 7203 |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Failure to File Tax Return)

During the calendar year 2012, **BRIAN LEE FOSTER**, who was a resident of Norman, Oklahoma, received gross income of approximately $1,424,449 and therefore was required by law to make an income tax return to the Internal Revenue Service stating the items of his gross income and any deductions and credits to which he was entitled. On or about October 15, 2013, in the Western District of Oklahoma and elsewhere, **BRIAN LEE FOSTER**, with the knowledge that he was required to make an income tax return to the Internal Revenue Service, willfully failed to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWO
### (Failure to File Tax Return)

During the calendar year 2013, **BRIAN LEE FOSTER**, who was a resident of Norman, Oklahoma, received gross income of approximately $981,528 and therefore was required by law to make an income tax return to the Internal Revenue Service stating the items of his gross income and any deductions and credits to which he was entitled. On or about April 15, 2014, in the Western District of Oklahoma and elsewhere,

------------------------------------- **BRIAN LEE FOSTER,** -------------------------------------

with the knowledge that he was required to make an income tax return to the Internal Revenue Service, willfully failed to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

TIMOTHY J. DOWNING
United States Attorney

*Charles W. Brown* (signature)

CHARLES W. BROWN
Assistant United States Attorney